IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JIMMY LEE DAVIS, #51030                                                                        PLAINTIFF

v.                                                              CIVIL ACTION NO. 3:23-cv-291-HTW-LGI

TAWANA CATCHINGS, BURL CAIN,
and DONALD JACKSON                                                                          DEFENDANTS

## FINAL JUDGMENT

Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY ORDERED AND ADJUDGED** that *pro se* Plaintiff Jimmy Lee Davis's Complaint filed pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 29th day of June, 2023.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE